IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| VICTOR HUGO HARRERA ROCHA | § | |
|     Plaintiff, | § | |
| | § | CIVIL ACTION NO.1:24-CV-00030-H-BU |
| vs. | § | |
| | § | |
| | § | |
| L&J COX TRUCKING, INC. | § | |
|     Defendant. | § | |

**PLAINTIFF'S NOTICE OF SERVING OF BILLING AND RECORDS AFFIDAVITS**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE PRESIDING:

COMES NOW, Plaintiff, VICTOR HUGO HERRERA ROCHA, gives notice to the parties that Plaintiff is serving affidavits of the following:

1. Affidavit(s) of Business and/or Billing Records from Avalon Imaging LLC;

2. Affidavit(s) of Business and/or Billing Records from Back Pain Institute of West Texas;

3. Affidavit(s) of Business and/or Billing Records from Bunkerhill Diagnostic Center;

4. Affidavit(s) of Business and/or Billing Records from City of Sweetwater;

5. Affidavit(s) of Business and/or Billing Records from Cypress Orthopedics Sports Medicine;

6. Affidavit(s) of Business and/or Billing Records from ACS Primary Care Physicians;

7. Affidavit(s) of Business and/or Billing Records from Radiology Associates of Abilene Texas;

8. Affidavit(s) of Business and/or Billing Records from Houston Healing Chiropractic;

9. Affidavit(s) of Business and/or Billing Records from Houston MRI & Diagnostic Imaging-Cypress;

10. Affidavit(s) of Business and/or Billing Records from Memorial MRI & Diagnostic;

11. Affidavit(s) of Business and/or Billing Records from NW Surgery Center;

12. Affidavit(s) of Business and/or Billing Records from Results Physiotherapy/Results PT-

Katy, TX;

13. Affidavit(s) of Business and/or Billing Records from Rolling Plains Memorial Hospital;

14. Affidavit(s) of Business and/or Billing Records from Texas Regional Clinic;

15. Affidavit(s) of Business and/or Billing Records from Walgreen Pharmacy; and

16. Affidavit(s) of Business and/or Billing Records from Haider Afzal MD/East Side Family Clinic.

Plaintiff further gives notice to the parties that such records my be introduced during the trial of this lawsuit and that copies of these records are being provided to the parties by sending a copies to all attorneys of records pursuant to the rules on the 4th day of June, 2024.

Respectfully submitted,

**WEBER LAW FIRM**
**/s/ R. Keith Weber, Jr.**
R. Keith Weber, Jr.
State Bar No. 24056502
2 Riverway, Suite 1770
Houston, Texas 77056
Tel: (281) 369-4719
Fax: (281) 369-4718
RW@GulfCoastFirm.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on this the **4TH day of June  2024**, a true copy of the foregoing instrument was E-Filed and served electronically and/or via certified mail, return receipt requested, and/or by hand delivery and/or by fax transmission and/or by regular mail, and/or by electronic service to opposing counsel and to all other counsel of record in compliance with the Federal Rules of Civil Procedure.

Jennifer A Cheek
MACDONALD, DEVIN, MADDEN, KENEFICK & HARRIS, P.C.
SBN: 24095098
12770 Coit Road, Ste. 1100
Dallas, TX 75251
Phone #: 214.744-3300

Fax #: 214.747.0942
Email: JCheek@MacdonaldDevin.com
**COUNSEL FOR DEFENDANT**

/s/R. Keith Weber, Jr.
R. KEITH WEBER, JR.