UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

VICTOR HUGO HERRERA ROCHA,

    Plaintiff,

v.                                                    No. 1:24-CV-030-H-BU

L&J COX TRUCKING, INC., et al.,

    Defendants.

## ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that the Court grant summary judgment in favor of L&J Cox Trucking, Inc. Dkt. No. 31. Rocha did not file any objections and did not oppose the motion, but did disagree with one of the possible bases for granting the motion. *See* Dkt. No. 29 at 4–8. The Magistrate Judge did not rely on the objected-to basis in recommending that the Court grant the motion, and neither does the Court.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. The plaintiff's claims against the defendant L&J Cox Trucking, Inc. are dismissed with prejudice.

So ordered on March 28, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE